

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00204-CV

RUSSELL P. MEDINA                                APPELLANT

V.

PFI FINANCIAL, LLC                                 APPELLEE

-----------

### FROM THE 16TH DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 2014-00558-16

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered "Appellant Russell P. Medina's Motion to Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  WALKER, MEIER, and MCCOY, JJ.

DELIVERED:  September 4, 2014